THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE TIRRELL, a single woman,

         Plaintiff,

  v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,

         Defendant.

Case No. 2:17-cv-01739-RSM

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

    Plaintiff Michelle Tirrell and Defendant Life Insurance Company of North America, by and through their undersigned counsel of record, hereby jointly request that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint in this matter be extended as follows:

    1.    Michelle Tirrell, Plaintiff in this case, passed away recently. Counsel is in the process of retaining a Personal Representative for the Estate of Ms. Tirrell, and will be filing an amended complaint.

    2. The parties agree that Life Insurance Company of North America shall file a response to Plaintiff's Complaint by no later than January 25, 2018, presumably after the amended complaint has been filed.

///

///

STIPULATION AND ORDER TO EXTEND TIME TO FILE
RESPONSIVE PLEADING: 2:17-CV-01739- - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0173/7176042.1

DATED: January 5, 2018

| NELSON LANGER ENGLE, PLLC | LANE POWELL PC |
|---|---|
| By *s/Aaron Engle* <br>    Aaron I. Engle, WSBA No. <br>    aarone@nlelaw.com <br>    Telephone: 206.623.7520 <br> Attorneys for Plaintiff | By *s/ D. Michael Reilly* <br>    D. Michael Reilly, WSBA No. 14674 <br>    reillym@lanepowell.com <br>    Telephone: 206.223.7000 <br> Attorneys for Defendant |

## **ORDER**

Based on the foregoing Stipulation between the parties, Defendant Life Insurance Company of North America shall file a responsive pleading to Plaintiff's Complaint no later than January 25, 2018.

IT IS SO ORDERED.

DATED this 8 day of January, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By: */s/ D. Michael Reilly*
   D. Michael Reilly, WSBA No. 14674
   reillym@lanepowell.com
Attorneys for Defendant

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING: 2:17-CV-01739- - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0173/7176042.1