Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MICHELLE TIRRELL, a single woman,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,

    Defendant.

Case No.: 2:17-cv-01739-RSM

**ORDER GRANTING SUBSTITUTION OF PLAINTIFF**

Based on the Motion of Aaron I. Engle, Nelson Langer Engle PLLC, moving this Court for an Order allowing substitution of the Plaintiff, Michelle Tirrell, deceased, the Court having read the pleadings herein, and good cause appearing;

IT IS HEREBY ORDERED that James Lee, as the Executor of the Estate of Michelle Jean Tirrell, is substituted for the Plaintiff Michelle Tirrell, a deceased person.

DATED this 22 day of January 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUBSTITUTION OF PLAINTIFF – 1
File Number: 204461

LAW OFFICES OF
NELSON LANGER ENGLE PLLC
12055 15th Avenue NE
Seattle, Washington 98125
206/623-7520