UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE TIRRELL, a single woman,

       Plaintiff,

 v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,

       Defendant.

Case No. C17-1739 RSM

**STIPULATION AND ORDER OF DISMISSAL**

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description. The parties stipulate to entry of the subjoined order without further notice of presentation to any party.

DATED this 25th day of April, 2018.

NELSON LANGER ENGLE, PLLC   LANE POWELL PC

By *s/ Aaron I. Engle [per email authorization}* By *s/ D. Michael Reilly*
 Aaron I. Engle, WSBA No. 37955   D. Michael Reilly, WSBA No. 14674
 aarone@nlelaw.com       reillym@lanepowell.com
Attorneys for Plaintiff       Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 2:17-CV-01739-RSM

120192.0173/7278652.1

**ORDER**

The parties having stipulated that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED this 27th day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Attorneys for Defendant

NELSON LANGER ENGLE, PLLC

By *s/ Aaron I. Engle [per email authorization]*
Aaron I. Engle, WSBA No. 37955
aarone@nlelaw.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 2:17-CV-01739-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0173/7278652.1